# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR RECON CORP, ) | Case No.: 1:16-cv-01837 DAD  JLT |
| Plaintiff, ) | |
| v. ) | ORDER DISCHARGE ORDER TO SHOW CAUSE |
| ALL CLAIMANTS TO SURPLUS FUNDSAFTER A TRUSTEE'S SALE OF THE REAL PROPERTY LOCATED AT 9903 CHEYENNE DRIVE, BAKERSFIELD, CA 93312, ) | |
| Defendants. ) | |

On March 3, 2017, the Court set a settlement conference for July 14, 2017 and ordered the parties to lodge settlement conference statements at least five days before the conference. (Doc. 13 at 6) Claimant/defendant Rachael Rodriguez failed to do so. The Court ordered her to show cause why sanctions should not be imposed. (Doc. 22) Counsel for Ms. Rodriguez responded and indicated that, due to discovered information, he believed that Ms. Rodriguez may not have a valid claim on the proceeds and sought permission from her to withdraw the claim. (Doc. 23 at 2) However, Ms. Rodriguez has not kept in contact with her attorney and he was unable to secure this permission. Id. Thus, the Court **ORDERS**:

    1.    The order to show cause is **DISCHARGED**;

    2.    **No later than July 28, 2017**, Ms. Rodriguez **SHALL** notify the Court either that she wishes to withdraw her claim or she wishes to pursue the claim;

1

3. If Mr. Gohari has not received expressed authorization to withdraw the claim or to pursue it, **no later than July 28, 2017**, he **SHALL** file his motion to be relieved as counsel of record;

IT IS SO ORDERED.

Dated: **July 20, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2