# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR RECON CORP, <br><br> Plaintiff, <br><br> v. <br><br> ALL CLAIMANTS TO SURPLUS FUNDS AFTER A TRUSTEE'S SALE OF THE REAL PROPERTY LOCATED AT 9903 CHEYENNE DRIVE, BAKERSFIELD, CA 93312, <br><br> Defendants. | Case No.: 1:16-cv-01837 DAD JLT <br><br> ORDER CLOSING THE CASE AS TO RACHEL RODRIGUEZ ONLY <br><br> (Doc. 25) |

On July 28, 2017, claimant/defendant Rachael Rodriguez notified the Court that she seeks to withdraw from this action based upon her determination that she does not have a cognizable claim to the surplus funds at issue. (Doc. 25) Thus, the Court **ORDERS**:

1. Due to her withdrawal of her claim, the Clerk of the Court is **DIRECTED** to close this action as to Rachel Rodriguez only.

IT IS SO ORDERED.

Dated: **July 31, 2017**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE